IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA AND
ALEXANDRO DIXON, Revenue Officer,

    Petitioners,

v.

JANICE A. KIRPATRICK,

    Respondent.
                                         /

No. C 05-05262 WHA

**ORDER RE FAILURE TO APPEAR**

      Neither party appeared at the order to show cause hearing. The Court therefore **WILL NOT COMPEL** respondent Janice A. Kirpatrick to appear and provide documents and testimony as required by the summons previously served upon her, at least not immediately. The government must file a statement by **NOON, THURSDAY, JUNE 22, 2006,** stating how it wishes to proceed in this action. If no statement is filed by that time, the petition will be denied and the case closed.

    **IT IS SO ORDERED.**

Dated: June 15, 2006

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE